# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
1/9/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

CASE NUMBER:   CR NO. 03-00367DAE

CASE NAME:     U.S.A. Vs. (07) Kevin Wright

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     1/9/2006                   TIME:

---

COURT ACTION:  EO:(As to Defendant (07) Kevin Wright)- This Case will be dismissed at the time of Sentencing when the Defendant is sentenced in Cr. No. 06-00005DAE U.S.A. Vs. Kevin Wright.  Sentence date is 6-13-06 @1:30 p.m. before Judge Ezra.


Submitted by Leslie L. Sai, Courtroom Manager