

PS8 HIPS-SUP-L-PETITN-01 (12.05)    ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at 2 o'clock and 26 min, P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. KEVIN WRIGHT           CRIMINAL NO. 03-00367DAE-07
                                  CRIMINAL NO. 06-00005DAE

Petition for Action on Conditions of Pretrial Release

COMES NOW DIANE S. ARIMA-LINSCOTT, U.S. Pretrial Services Officer Assistant, presenting an official report upon the conduct of defendant KEVIN WRIGHT, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since October 3, 2003. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

That the defendant's conditions of pretrial release be modified as follows:

**DELETE:**

6.   (7h1) Travel is restricted to the Central District of California and the District of Hawaii.

**ADD**:

◆   (7h3) Travel is restricted to: the District of Hawaii and the State of California; travel throughout the State of California is permitted for work purposes only and must be approved in advance by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

ORDER OF COURT

Considered and ordered this 19th day of January, 2006 and ordered filed and made a part of the records in the above case.

DAVID ALAN EZRA
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 19, 2006

DIANE S. ARIMA-LINSCOTT
U.S. Pretrial Services Officer Assistant

Place: Honolulu, Hawaii