EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367-07 DAE |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN WRIGHT, (07) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order For Dismissal was submitted to Judge David A. Ezra for signature and was served on the following counsel on July 10, 2006:

    Served by First Class mail:

        Keith M. Kiuchi, Esq.
        Suite 2525, Pauahi Tower
        1001 Bishop Street,
        Honolulu, Hawaii 96823

        Attorney for Defendant
        Kevin Wright

        DATED:      July 10, 2006    , at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Chris A. Thomas
         CHRIS A. THOMAS
         Assistant U.S. Attorney


U.S. v. KEVIN WRIGHT
Cr. No. 03-00367-07 DAE
"Certificate of Service"