EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367-07 DAE |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN WRIGHT,   (07) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of Hawaii hereby dismisses the
Indictment against Defendant Kevin Wright ("Defendant Wright") on
the grounds that Defendant Wright was charged and sentenced in an
Information, Cr. No. 06-00005 DAE.  Pursuant to a plea agreement,
the Government agreed to dismiss Count 5 as to Defendant Wright
in the Indictment for Cr. No. 03-00367 DAE at sentencing.

Defendant Wright was sentenced on June 13, 2006 to ten (10) months imprisonment.

DATED: <u>July 13, 2006</u>, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

<u>U.S. v. KEVIN WRIGHT</u>
Cr. No. 03-00367-07 DAE
"Order for Dismissal"

2