EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367-07 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN WRIGHT,    (07) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order For Dismissal was signed and filed on July 13, 2006 and was served on the following counsel on June 13, 2006:

Served by First Class mail:

    Keith M. Kiuchi, Esq.
    Suite 2525, Pauahi Tower
    1001 Bishop Street,
    Honolulu, Hawaii 96823

    Attorney for Defendant
    Kevin Wright

DATED:      July 14, 2006     , at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii


                    By /s/ Chris A. Thomas
                       CHRIS A. THOMAS
                       Assistant U.S. Attorney

U.S. v. KEVIN WRIGHT
Cr. No. 03-00367-07 DAE
"Certificate of Service"