ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_ M
SUE BEITIA, CLERK

OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI #2735
1001 Bishop Street
Pauahi Tower, Suite 2525
Honolulu, HI 96813
Tel. No.: (808) 521-7465
FAX: (808) 521-5873

Attorneys for Defendant KEVIN WRIGHT

LODGED

AUG 0 7 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00367-07 DAE |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT |
| KEVIN WRIGHT    (07) | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER STAYING
## MITTIMUS FOR DEFENDANT KEVIN WRIGHT

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Mittimus for Defendant Kevin Wright, which was set for August 15, 2006, shall be stayed until September 15, 2006 to allow the government to file their downward departure motion under §5K1.1.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, August __7th__, 2006.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

                                        BY: _____
                                        CHRIS A. THOMAS
                                        Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO             BY: _____
                                        KEITH M. KIUCHI

                                        Attorneys for Defendant (07) KEVIN WRIGHT


                                        _____
                                        U.S. Pretrial Services Officer


IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, ___AUG 1 4 2006___.

_____
The Honorable DAVID A. EZRA
Judge of the United States District Court


---

STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT; United States of America vs. Kevin Wright; Cr. No. 03-00367-07 DAE

---