OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI  #2735
1001 Bishop Street
Pauahi Tower, Suite 2525
Honolulu, HI  96813
Tel. No.: (808) 521-7465
FAX: (808) 521-5873

Attorneys for Defendant KEVIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00367-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | SECOND STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT |
| | ) | |
| KEVIN WRIGHT        (07) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### SECOND STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Mittimus for Defendant Kevin Wright, which was set for September 18, 2006, shall be stayed until October 31, 2006 to allow the government to file their downward departure motion under §5K1.1.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, September _____, 2006.

           EDWARD H. KUBO, JR.
           United States Attorney
           District of Hawaii

           BY: _____
           CHRIS A. THOMAS
           Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO     BY: _____
           KEITH M. KIUCHI

           Attorneys for Defendant (07) KEVIN WRIGHT


           _____
           U.S. Pretrial Services Officer


IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, SEP 13 2006.

_____
The Honorable DAVID A. EZRA
Judge of the United States District Court


---

SECOND STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT; United States of America vs. Kevin Wright; Cr. No. 03-00367-07 DAE

---

2