
ORIGINAL

OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI #2735
American Savings Bank Tower
1001 Bishop Street, Suite 1090
Honolulu, Hawaii 96813
Tel. No. 521-7465
Fax. No. 521-5873

Attorney for Defendant Kevin Wright

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 2 8 2006

LODGED at 3 o'clock and 00 min P M
SUE BEITIA, CLERK

DEC 27 2006
3:02
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

2006 DEC 29 AM 11:01
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR NO. 03-00367-07 DAE |
|---|---|
| Plaintiff, | |
| vs. | FOURTH STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT |
| KEVIN WRIGHT     (07) | |
| Defendant. | |

**FOURTH STIPULATION AND ORDER STAYING MITTIMUS
FOR DEFENDANT KEVIN WRIGHT**

IT IS STIPULATED AND AGREED by and between the parties herein that the Mittimus for defendant Kevin Wright, which was set for January 1, 2007, shall be stayed until March 31, 2007 to allow the government to file their downward departure motion under §5K1.1.



IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, December 27, 2006.

                                          EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

BY: _____
      CHRIS A. THOMAS
      Assistant U.S. Attorney

BY: _____
      KEITH M. KIUCHI
      Attorney for Defendant (7)
      KEVIN WRIGHT

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, DEC 28 2006.

_____
The Honorable DAVID A. EZRA
Judge of the United States District Court

FOURTH STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT; United States of America vs. Kevin Wright; CR. NO. 03-00367-07 DAE