ORIGINAL

OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI #2735
1001 Bishop Street
Pauahi Tower, Suite 2525
Honolulu, HI 96813
Tel. No.: (808) 521-7465
FAX: (808) 521-5873

Attorneys for Defendant KEVIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 03-00367-07 DAE |
| ) | |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | MODIFYING DEFENDANT KEVIN |
| KEVIN WRIGHT   (07)  ) | WRIGHT'S CONDITION OF |
| ) | PRETRIAL RELEASE |
| Defendant. ) | |

**STIPULATION AND ORDER MODIFYING DEFENDANT
KEVIN WRIGHT'S CONDITION OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the terms and conditions of Defendant Kevin Wright's pretrial release be modified as follows:

1. Condition 7(h)(1): Defendant's travel is restricted to the State of California, the State of Nevada and the District of Hawai'i.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, December 27, 2006.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                              BY: _____
                                  CHRIS A. THOMAS
                                  Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO          BY: _____
                                  KEITH M. KIUCHI

                              Attorneys for Defendant (07) KEVIN WRIGHT

                              _____
                              U.S. Pretrial Services Officer

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, DEC 29 2006.

_____
The Honorable KEVIN S. C. CHANG BARRY M. KURREN
United States Magistrate

---

STIPULATION AND ORDER MODIFYING DEFENDANT KEVIN WRIGHT'S CONDITION OF PRETRIAL RELEASE; United States of America vs. Kevin Wright; Cr. No. 03-00367-07 DAE

---