OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI #2735
American Savings Bank Tower
1001 Bishop Street, Suite 1090
Honolulu, Hawaii 96813
Tel. No. 521-7465
Fax. No. 521-5873

Attorney for Defendant Kevin Wright

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN WRIGHT　　(07)<br><br>　　　　　　Defendant. | CR NO. 03-00367-07 DAE<br><br>FIFTH STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT |

**FIFTH STIPULATION AND ORDER STAYING MITTIMUS
FOR DEFENDANT KEVIN WRIGHT**

IT IS STIPULATED AND AGREED by and between the parties herein that the Mittimus for defendant Kevin Wright, which was set for March 31, 2007, shall be stayed until June 30, 2007 to allow the government to file their downward departure motion under §5K1.1.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, March 22, 2007.

                                                EDWARD H. KUBO, JR.
                                                United States Attorney
                                                District of Hawaii

BY: _____
      CHRIS A. THOMAS
      Assistant U.S. Attorney

BY: _____
      KEITH M. KIUCHI
      Attorney for Defendant (7)
      KEVIN WRIGHT

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, 3/30/07.

_____
The Honorable DAVID A. EZRA
Judge of the United States District Court

FIFTH STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT; United States of America vs. Kevin Wright; CR. NO. 03-00367-07 DAE