OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI #2735
American Savings Bank Tower
1001 Bishop Street, Suite 1090
Honolulu, HI 96813
Tel. No.: (808) 521-7465
FAX: (808) 521-5873

Attorneys for Defendant KEVIN WRIGHT

ORIGINAL

LODGED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 5 2007

at 2 o'clock and 10 min. M
SUE BEITIA, CLERK

APR 2 3 2007
10:40
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>KEVIN WRIGHT      (07)<br><br>               Defendant. | **CR NO. 03-00367-07 DAE**<br><br>STIPULATION AND ORDER<br>MODIFYING DEFENDANT KEVIN<br>WRIGHT'S CONDITION OF<br>PRETRIAL RELEASE |

## STIPULATION AND ORDER MODIFYING DEFENDANT
## KEVIN WRIGHT'S CONDITION OF PRETRIAL RELEASE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that

the terms and conditions of Defendant Kevin Wright's pretrial release be modified as follows:

1.      Condition 7(v)(2):  Defendant shall NOT have to submit to drug detection testing

or a substance abuse assessment.

2.      Condition 7(w)(1):  Defendant shall submit to alcohol detection testing as

approved by Pretrial Services.

IT IS SO STIPULATED.

DATED:  Honolulu, Hawaii, April 10, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BY: _____
CHRIS A. THOMAS
Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO

BY: _____
KEITH M. KIUCHI

Attorneys for Defendant (07) KEVIN WRIGHT

_____ ANTHONY L. BARRY
U.S. Pretrial Services Officer

IT IS SO APPROVED AND ORDERED:

DATED:  Honolulu, Hawaii, _4.24.2007_.

_____
The Honorable KEVIN S. C. CHANG BARRY M. KURREN
United States Magistrate

STIPULATION AND ORDER MODIFYING DEFENDANT KEVIN WRIGHT'S
CONDITION OF PRETRIAL RELEASE; United States of America vs. Kevin Wright; Cr. No.
03-00367-07 DAE