ORIGINAL

OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI  #2735
American Savings Bank Tower
1001 Bishop Street, Suite 1090
Honolulu, HI 96813
Tel. No.: (808) 521-7465
FAX: (808) 521-5873

Attorneys for Defendant KEVIN WRIGHT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2007

at 10 o'clock and 30 min. A M
SUE BEITIA, CLERK

LODGED

MAY 2 5 2007
11:35 Am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KEVIN WRIGHT         (07)<br><br>        Defendant. | CR NO. 03-00367-07 DAE<br><br>STIPULATION AND ORDER MODIFYING DEFENDANT KEVIN WRIGHT'S CONDITION OF PRETRIAL RELEASE |

### STIPULATION AND ORDER MODIFYING DEFENDANT
### KEVIN WRIGHT'S CONDITION OF PRETRIAL RELEASE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the terms and conditions of Defendant Kevin Wright's pretrial release be modified as follows:

Condition 7(w)(1):  Defendant shall NOT have to submit to alcohol detection testing.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, May 25, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BY: _____
CHRIS A. THOMAS
Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO

BY: _____
KEITH M. KIUCHI

Attorneys for Defendant (07) KEVIN WRIGHT

_____
U.S. Pretrial Services Officer

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, 5/25/07.

_____
The Honorable KEVIN S. C. CHANG
United States Magistrate

STIPULATION AND ORDER MODIFYING DEFENDANT KEVIN WRIGHT'S CONDITION OF PRETRIAL RELEASE; United States of America vs. Kevin Wright; Cr. No. 03-00367-07 DAE

2