OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI #2735
1001 Bishop Street
Pauahi Tower, Suite 2525
Honolulu, HI 96813
Tel. No.: (808) 521-7465
FAX: (808) 521-5873

LODGED
JUN 29 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendant KEVIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br>KEVIN WRIGHT  (07)<br>   Defendant. | CR NO. 03-00367-07 DAE<br><br>SIXTH STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT |

### SIXTH STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Mittimus for Defendant Kevin Wright, which was set for June 30, 2007, shall be stayed until July 31, 2007 to: (a) allow the court time to rule on the government's motion for reduction of sentence for substantial assistance pursuant to F.R.Cr.P. 35(b)(1)(A) and (b) because June 30, 2007 falls on a weekend the Defendant cannot self-surrender on that date.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, June _____, 2007.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

                                    BY: _____
                                        CHRIS A. THOMAS
                                        Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO                 BY: _____
                                        KEITH M. KIUCHI

                                    Attorneys for Defendant (07) KEVIN WRIGHT

                                    _____
                                    U.S. Pretrial Services Officer

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, July 12, 2007.

/s/ DAVID ALAN EZRA
_____
The Honorable DAVID A. EZRA
Judge of the United States District Court

---

SIXTH STIPULATION AND ORDER STAYING MITTIMUS FOR DEFENDANT KEVIN WRIGHT; United States of America vs. Kevin Wright; Cr. No. 03-00367-07 DAE