OF COUNSEL:
KIUCHI & NAKAMOTO

KEITH M. KIUCHI  #2735
1001 Bishop Street
ASB Tower, Suite 1090
Honolulu, HI  96813
Tel. No.: (808) 521-7465
FAX: (808) 521-5873

Attorneys for Defendant KEVIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00367-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER FOR |
| | ) | DISCHARGE OF CASH BOND |
| KEVIN WRIGHT        (07) | ) | AND RELEASE OF DEFENDANT'S |
| | ) | PASSPORT |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

### STIPULATION AND ORDER FOR DISCHARGE
### OF CASH BOND AND RELEASE OF DEFENDANT'S PASSPORT

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that as the above matter was dismissed by that Order for Dismissal filed on July 13, 2006 pursuant to that Memorandum of Plea Agreement between the parties and as Defendant Kevin Wright was subsequently sentenced on an information filed in *United States of America vs. Kevin Wright,* Cr. No. 06-00005-01 DAE, that the cash bond in the amount of $20,000.00 posted by Susan Wright on October 3, 2003 is hereby discharged and the passport of Kevin Wright, Passport Number 702336881 issued at the British Embassy in Washington, D.C. on December 7, 1998,

1

which was surrendered to the Clerk of the Court on October 3, 2003 is hereby ordered returned to the Defendant.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, October 25, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BY: _____
CHRIS A. THOMAS
Assistant U.S. Attorney

OF COUNSEL:
KIUCHI & NAKAMOTO

BY: _____
KEITH M. KIUCHI

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, OCT 26 2007.

_____
The Honorable DAVID A. EZRA
Judge of the United States District Court

---

STIPULATION AND ORDER FOR DISCHARGE OF CASH BOND AND RELEASE OF DEFENDANT'S PASSPORT; *United States of America vs. Kevin Wright*; Cr. No. 03-00367-07 DAE

---