FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 3 2003

at 1 o'clock and 10 min
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-00367DAE-07 |
| Plaintiff(s), | ) | |
| | ) | PASSPORT RECEIPT |
| vs. | ) | UNITED KINGDOM |
| | ) | |
| KEVIN WRIGHT (07), | ) | |
| | ) | |
| Defendant(s). | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 702336881 issued at BRITISH EMBASSY, WASHINGTON, DC, on 07/DEC/1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on October 3, 2003 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:      03/AUG/1960

Place of Birth:     LEEDS, GBR

Dated at Honolulu, Hawaii on October 3, 2003.

WALTER A.Y.H. CHINN, Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 13 2007

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

By _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 11/13/07         Signature: _____
                                  Owner of Passport
                       for Kevin Wright.
                       Sec. for Keith M. Kiuchi